# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Cana Mullinax,** )<br>)<br>**Plaintiff,** )<br>)<br>V. )<br>)<br>**TSA, Inc., et al.,** )<br>)<br>**Defendant.** ) | Case No. 11-00076-CV-W-JTM |

## ORDER

Pending before the Court is the plaintiff's *Application For Attorney's Fees*, filed February 15, 2011 [Doc. 7]. The underlying cause of action was resolved by means of an Rule 68 offer and acceptance of judgment. While the parties agreed that the judgment should include an award of plaintiff's reasonable attorney fees, they have left it to the Court to determine the amount of the award. Plaintiff seeks an award of $5,300.00, representing 21.2 hours at $250.00 an hour. Defendant objects to many of the hours billed, as well as to the hourly rate, as being unreasonable. The Court has reviewed plaintiff's attorney fee application and finds the time spent and billed by plaintiff's counsel to be reasonable. However, in light of the complexity and nature of this litigation, the Court finds $200.00 rather than $250.00 per hour to be a reasonable hourly rate. Accordingly, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees*, filed February 15, 2011 [Doc. 7] is **GRANTED** and plaintiff is awarded $4,240 in attorney fees, representing 21.2 hours at $200.00 hour.

                                                               */s/ John T. Maughmer*  
                                                     **JOHN T. MAUGHMER**  
                                                **U. S. MAGISTRATE JUDGE**